In the Matter of the Application of ANTHONY MOORS, Appellant, for an Order of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, et al., Respondents.

*Civil service — New York city — mandamus to compel reinstatement of petitioner in office of deputy receiver of taxes properly denied.*

*Matter of Moors* v. *Craig*, 211 App. Div. 813, affirmed.

(Argued June 3, 1925; decided July 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1924, which affirmed an order of Special Term denying a motion for an order of mandamus to compel the reinstatement of the petitioner in the position of deputy receiver of taxes in the finance department of the city of New York, from which position he had been removed, after a hearing on charges of neglect of duty in withholding from the comptroller information regarding an investigation by the Queens county grand jury of the conduct of the Queens office of the receiver of taxes in June, 1922.

· *George F. Hickey* for appellant.

*George P. Nicholson*, Corporation Counsel (*John F. O'Brien*, *Elliot S. Benedict* and *Robert J. Culhane* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: CARDOZO and POUND, JJ.

---

NANCY E. HUNT, Respondent, *v.* REBECCA WALL, Appellant.

*Real property — mortgage — foreclosure of purchase-money mortgage — erroneous allowance of credit for deficiency in acreage.*

*Hunt* v. *Wall*, 211 App. Div. 856, affirmed.

(Submitted June 4, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered December 31, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a